IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CASSIDY PETTIS, M17856, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 25-cv-1518-DWD |
| | ) | |
| PERCY MYERS, | ) | |
| JOHN BRIWICK,[1] | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

**DUGAN, District Judge:**

Plaintiff Cassidy Pettis, an inmate of the Illinois Department of Corrections (IDOC) currently detained at Pinckneyville Correctional Center (Pinckneyville), brings this civil rights action pursuant to 42 U.S.C. § 1983 for alleged deprivations of his constitutional rights. (Doc. 1). Upon initial review, the Court allowed Plaintiff was allowed to proceed on two Eighth Amendment claims related to the alleged delay or denial of care for a torn ACL and MCL for which he had yet to receive surgery. (Doc. 6). The Court directed the Defendants to respond to Plaintiff's related Motion for Preliminary Injunctive Relief (Doc. 8), and Defendants have now responded (Doc. 23).

The relief that Plaintiff sought in his Motion was immediate surgical care, as had been recommended by medical personnel in January of 2025, but which had not occurred as of July of 2025. (Docs. 1, 8). In response to the Motion, Defendants have now indicated that Plaintiff had surgery on September 8, 2025, that he responded well, and that since

---

[1] Defendant Briwick indicated in his response that his name is John Barwick (Doc. 23 at 1).

that time he has been undergoing physical therapy.  (Docs. 23, 23-1, 23-2).  This is the exact sort of relief that Plaintiff desired, and it now makes his need for immediately injunctive relief directed by the Court unnecessary.  The response also indicates that Plaintiff is currently housed in the prison infirmary, and that he is attending physical therapy sessions approximately every other day.  It does not appear that there is any other relief that would be appropriate at this juncture.

## Disposition

Plaintiff's Motion for a Preliminary Injunction (Doc. 8) is **DENIED**.  The Clerk of Court shall **CORRECT** John Briwick's name to John Barwick, consistent with footnote 1.

**IT IS SO ORDERED.**

Dated: September 25, 2025

/s *David W. Dugan*

_____
DAVID W. DUGAN
United States District Judge